# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 11-M- 2050 |
| Enrique BOCANEGRA-MARQUEZ | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>June 7, 2011</u>, in the county of <u>Orleans</u>, in the Western District of New York, the defendant, Enrique BOCANEGRA-MARQUEZ, violated <u>Title 8</u>, United States Code, Section <u>1326(a)</u> as follows:

The defendant, an alien who had previously been deported and removed from the United States, was found in the United States, without first having obtained permission from the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to re-apply for admission to the United States.

This criminal complaint is based on these facts:

[X] Continued on the attached sheet

_____
*Complainant's signature*

ALVI J. CASTRO, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 9, 2011

_____
*Judge's signature*

City and State: Buffalo, New York

H. KENNETH SCHROEDER, JR. U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

State of New York  )
County of Erie     )   SS:
City of Buffalo    )

**ALVI J. CASTRO**, being duly sworn, deposes and says that:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement, (formerly the US Immigration and Naturalization Service (USINS)); Office of Enforcement and Removal Operations (ERO), hereafter referred to as ICE, and have been so employed for 15 years.

2. As a part of my duties during my employment with the ICE, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular Title 8, United States Code, Section 1326, regarding the re-entry of previously deported or removed aliens.

3. This affidavit is based upon my own knowledge, my review of official records of the former Immigration and Naturalization Service (INS) and current Immigration and Customs Enforcement (ICE) and upon information that I obtained from other law enforcement officers involved with this investigation.

4. I make this affidavit in support of the annexed Criminal Complaint charging ENRIQUE BOCANEGRA-MARQUEZ with a violation of

Title 8, United States Code, Section 1326 (regarding the reentry of previously deported or removed aliens).

5. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause to demonstrate that Title 8, United States Code, Section 1326 has been violated.

6. On June 7, 2011, ICE Homeland Security Investigations (HSI) Special Agents encountered the defendant in Kent, New York during an ongoing ICE/HSI Investigation. HSI Special Agents conducted a vehicle stop in Kent, New York, where the defendant's brother was the target of the Investigation. The defendant, ENRIQUE BOCANEGRA-MARQUEZ, was turned over to the Office of Enforcement and Removal Operations (ERO) Violent Criminal Alien Section (VCAS) for further investigation and processing. ENRIQUE BOCANEGRA-MARQUEZ is a Mexican national, who is illegally present in the United States. He was placed under arrest and transported to the Buffalo Federal Detention Facility in Batavia, New York for further processing

7. A complete set of fingerprints was electronically captured from ENRIQUE BOCANEGRA-MARQUEZ and submitted to the Federal Bureau

of Investigation, Identification Division, in Clarksburg, WV via the Integrated Automated Fingerprint Identification System (IAFIS). This set of fingerprints produced a positive biometric match with an Alien registration number and an FBI number relating to ENRIQUE BOCANEGRA-MARQUEZ

8. A review of the documents contained in the Alien Registration file (A-file) for ENRIQUE BOCANEGRA-MARQUEZ revealed that the defendant had been removed from the United States on one prior occasion:

> a. On or about March 31, 2008, the defendant ENRIQUE BOCANEGRA-MARQUEZ was ordered removed by an Immigration Judge in Buffalo, New York. On or about January 2, 2009, the defendant was removed from the United States to Mexico via the port of entry at Brownsville, Texas. He was provided with Immigration Form I-294, advising him that he would be in violation of Title 8, United States Code, Section 1326 if he entered, attempted to enter, or was found in the United States without the permission of the United States Attorney General, or his Successor, the Secretary of Homeland Security.

9. Based on the above referenced immigration record checks; ENRIQUE BOCANEGRA-MARQUEZ has no valid immigration status in the United States and is illegally present. In addition, there is no evidence of any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for ENRIQUE BOCANEGRA-MARQUEZ to have re-entered the United States after his last removal.

**WHEREFORE**, it is respectfully submitted that probable cause exists to believe that ENRIQUE BOCANEGRA-MARQUEZ did commit the offense of re-entry after deportation or removal, in violation of Title 8 United States Code, Section 1326(a), in that he, a Mexican National, having been ordered removed from the United States on or about March 31, 2008, and having been physically removed from the United States on or about January 2, 2009, was thereafter found present in the Western District of New York on June 7, 2011, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security.

ALVIN J. CASTRO
Deportation Officer
Immigration and Customs Enforcement

Sworn and subscribed to before me this 9th day of June, 2011.

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge